Approved.

IT IS SO ORDERED.

_s/ James R. Knepp II_
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ASSOCIATED INDUSTRIES INSURANCE
COMPANY,

      Plaintiff,

      vs.

BELL FLAVORS AND FRAGRANCES, INC.
and RICKIE G. SMITH,

      Defendants,

Case No.:  3:26-CV-00311

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (a)(1)(B), Plaintiff

ASSOCIATED INDUSTRIES INSURANCE COMPANY hereby gives notice that this action is

voluntarily dismissed without prejudice.

Defendants BELL FLAVORS AND FRAGRANCES, INC. and RICKIE G. SMITH have

not filed an answer, motion for summary judgment, or other response to the Complaint filed in this

action. Accordingly, Plaintiff hereby notices that this action is voluntarily dismissed against

Defendants without prejudice.

Dated: February 26, 2026

Respectfully Submitted,

_/s/ Bradford S. Moyer_
Bradford S. Moyer
KENNEDYS CMK LLP
30 South Wacker Drive, Suite 3650
Chicago, Illinois 60606
T: 269.218.9320
Brad.Moyer@kennedyslaw.com

_Attorney for Plaintiff Associated Industries
Insurance Company_